# United States District Court

AUG 3 1 2016

**SOUTHERN**     DISTRICT OF     **TEXAS**

MCALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA

**V.**

## CRIMINAL COMPLAINT

Francisco Ramos-Medrano     *Principal*

YOB:    **1993**    **the United Mexican States**

Case Number:

**M-16- 1612 -M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about     **August 29, 2016**    in    **Hidalgo**    County, in

the     Southern     District of     Texas     defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Florentino Fabian-Santiago and Miguel Angel Martinez-Santiago, citizens and nationals of the United Mexican States and Bairon Anival Posadas-Salguero, citizen and national of Honduras, along with eighteen (18) other undocumented aliens, for a total of twenty-one (21), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title    **8**    United States Code, Section(s)    **1324(a)(1)(A)(iii)**     **FELONY**

I further state that I am a(n)   **U.S. Senior Border Patrol Agent**   and that this complaint is based on the following facts:

On August 29, 2016, Border Patrol Agents M. Fernandez and R. Mendoza conducted mobile surveillance of a residence located on Cardinal Street in Weslaco, Texas. This residence was previously identified as a possible residence for Francisco Ramos-Medrano, who was identified as coordinator of alien smuggling activity.

Continued on the attached sheet and made a part of this complaint:    **[X]** Yes   [ ] No

*approved by*

Signature of Complainant

Israel Perez     Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 31, 2016      3:42 pm   at    McAllen, Texas
Date      City and State

Peter E. Ormsby      , U. S. Magistrate Judge
Name and Title of Judicial Officer      Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- *1612* -M

RE:     **Francisco Ramos-Medrano**

**CONTINUATION:**

At approximately 10:30 a.m., agents observed a white Nissan Xterra depart the home on Cardinal Street. Agents continued mobile surveillance of the Xterra and minutes later, the Xterra was seen meeting with a silver Ford F-150 single cab pickup. The Ford F-150 was previously identified as a vehicle used by Ramos-Medrano to smuggle undocumented aliens.

As agents saw through the driver's side door of the F-150 what appeared to be only the heads of individuals seated behind the bench seat.

At approximately 1:05 P.M., Border Patrol Agent A. Solis notified agents that he observed the same Nissan Xterra arrive at 81 East Sioux Road, Alamo, Texas. A single male subject was seen exiting the passenger side carrying a five gallon jug of water and entering the residence. Agents next observed the Xterra leave the location and continued mobile surveillance.     Agents followed the Xterra to an O'Reilly Auto Parts in south McAllen, Texas. A short time later, a tan Chrysler 300 arrive at the location and park alongside the Xterra. Agents next observed a total of three individuals exit the Chrysler 300 and board the Xterra. Agents then followed the Xterra to an apartment at 5305 N. Westgate in Weslaco, Texas.
Agents continued surveillance and approximately 15 minutes later, agents observed a single male subject matching the description of Francisco Ramos-Medrano walking down a flight of stairs on the north side of the two story apartment building. This individual then boarded the Nissan Xterra and proceeded to a residence located on Sioux, Road in Alamo, Texas.

Shortly after, the Xterra left the residence and met with a silver Ford F-150. Agents observed the two vehicles switch drivers. RAMOS switched from the Xterra to a Ford Pickup Truck and was later pulled over by Sgt. Sauceda of the Hidalgo County Deputy Constables. Francisco RAMOS-Medrano, the driver, was issued a written warning by Sgt. Sauceda for failure to signal a turn. Agents approached the vehicle stop and conducted a field interview, wherein, RAMOS, who agents believed to be engaging in alien smuggling, admitted to being illegally within the United States. RAMOS was read his Miranda Warnings at the scene of the vehicle stop by Border Patrol Agents.

Following a field interview, RAMOS stated there were approximately four undocumented aliens at the 81 East Sioux Road, Alamo, Texas location and gave written consent to enter the premises, wherein, agents discovered four undocumented aliens. RAMOS then escorted agents to the second location where the Xterra he was previously driving was located, 8205 Azucena St., Donna, Texas. At that location, a knock and talk was conducted, and consensual contact was made with the person who had previously switched vehicles with Ramos, an undocumented alien identified as Macario AMADOR-Sandoval. AMADAOR was taken into custody as agents proceeded with RAMOS to the third location, 5305 N. Westgate, Weslaco, Texas.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-16-*1612*-M

RE:    **Francisco Ramos-Medrano**

**CONTINUATION:**

Prior to approaching 5305 Westgate Weslaco, Texas, RAMOS freely admitted to BPA R. Mendoza that there were more UDAS being held at that location but that they belonged to another caretaker. Once at location, RAMOS retracted his statement and admitted to being the caretaker of the apartment on the second floor and gave Agent Mendoza verbal consent to check the apartment.

Francisco Ramos-Medrano provided a key and unlocked the residence. At that moment, agents asked RAMOS if there were undocumented aliens inside, to which RAMOS replied there were. RAMOS assisted agents by calling the suspected undocumented aliens out of the apartment which they did. As agents acquired visual of the suspected undocumented aliens, each were called out in an orderly fashion performed an immigration check on each as they appeared at the doorway.

Each alien admitted to being illegally present in the United States and all exited the apartment. A total of sixteen (16) undocumented aliens were taken into custody and along with the four from the first address and the one undocumented aliens from the second address. All were transported to Weslaco Border Patrol Station for processing and interviews.

**PRINCIPAL STATEMENT: Francisco RAMOS-Medrano**
Francisco RAMOS-Medrano was advised of his rights, understood his rights and was willing to give a sworn statement without the presence of a lawyer.

Francisco RAMOS-Medrano, a citizen and national of Mexico, stated he drove to the O'Reilly in McAllen and picked up three subjects. He then transported the three subjects to a house located on Westgate Road in Weslaco, Texas. According to RAMOS-Medrano he had been using that house for the past two weeks. He added that he was working for a subject who he only knows as "Compita". RAMOS-Medrano stated, "Compita" coordinated the smuggling for the undocumented aliens and also ordered him to look for stash houses. RAMOS told agent he was paid $50.00 per undocumented alien. On average the organization would move 20-25 individuals per week.

RAMOS-Medrano added that there was a stash house that belonged to "Compita" that was raided by immigration about three weeks ago. He state that the care takers name is Mario, a Honduran National. Research revealed that on August 9, 2016, Border Patrol Agents got a 2 on 20 criminal alien smuggling case with a care taker by the name of Mario Alexander TORRES-Ortega. RAMOS-Medrano was able to identify TORRES-Ortega from a photo lineup. He stated that TORRES-Ortega was the care taker and added that in several occasions he delivered bodies to the house and all were coordinated by "Compita".

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-16- *1612* -M

RE:     Francisco Ramos-Medrano

**CONTINUATION:**

**MATERIAL WITNESS STATEMENTS:**
Florentino FABIAN-Santiago, Miguel Angel MARTINEZ-Santiago and Bairon Anival POSADAS-Salguero were advised of their rights, understood his rights and were willing to give a sworn statement without the presence of a lawyer.

**MATERIAL WITNESS STATEMENT: Florentino FABIAN-Santiago**
Florentino FABIAN-Santiago, a citizen and national of Mexico, states he crossed into the United States on August 27, 2016 near Hidalgo, Texas. FABIAN-Santiago reports he crossed at approximately 11:30 PM and was picked up at approximately 5:00 AM by a black four door truck. He states the truck then transported them to a business and moved to a silver truck. FABIAN-Santiago described the silver truck as an extended cab with a tool box in the back. FABIAN-Santiago states the driver of the silver truck then took them to the house where he was arrested today. He further described the driver of the silver truck as short and light skinned. FABIAN-Santiago stated the driver of the silver truck also checked on them at the house where they were waiting to be further transported north. FABIAN-Santiago was able to identify Francisco RAMOS-Medrano as the driver and caretaker of the stash house through a photo lineup.

**MATERIAL WITNESS STATEMENT: Miguel Angel MARTINEZ-Santiago**
Miguel Angel MARTINEZ-Santiago, a citizen and national of Mexico, states he illegally crossed into the United States and after crossing into the United States, MARTINEZ-Santiago told agents he was picked up by a black four door truck. He states the truck then transported them to a business and was moved to a silver truck. MARTINEZ-Santiago described the silver truck as a single cab with a tool box in the back. MARTINEZ-Santiago states that the driver of the silver truck then took them to the apartments where he was arrested. He further described the driver of the silver truck as short and light skinned. MARTINEZ-Santiago stated the driver of the silver truck also checked on them at the house where they were waiting to be further transported north. MARTINEZ-Santiago also told agents the driver was also the caretaker of the stash house and provided food to the group. MARTINEZ-Santiago was able to identify Francisco RAMOS-Medrano as the driver and caretaker of the stash house through a photo lineup.

**MATERIAL WITNESS STATEMENT: Bairon Anival Posadas-Salguero**
Bairon Anival Posadas-Salguero, a citizen and national of Honduras, states he was charged POSADAS $7,500 US to be smuggled into the United States. POSADAS was transported by an unknown individual from the river area to a two story apartment. POSADAS spent there four days until he was transported to different location in a grey truck where he eventually was arrested by Immigration officials. POSADAS was able to positively identify Francisco Ramos-Medrano through a photo lineup as the caretaker and the person who transported him to the second stash house where he was arrested through. POSADAS further stated that RAMOS-Medrano brought the group food and instructed them to stay quiet.